## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Pima District of Arizona

Case Number: 05CV690-TUC-CRP

*FILED ___ LODGED*
*RECEIVED ___ COPY*
*2005 NOV 29  P 12:52*
*CLERK US DISTRICT COURT*
*DISTRICT OF ARIZONA*

Plaintiff:
**CATHY VITARELLI**

vs.

Defendant:
**JAMIE BAUGHER (individual and official capacity)**

**JANET LAKE (individual and official capacity)**

For:
The Judicial Reform Investigation Group
2851 N. Highway 66
Suite 17
Catoosa, OK  74015-2341

Received by ACMS PROCESS SERVICE to be served on **JAMIE BAUGHER at 9040 E. Kirkpatrick Circle, Tucson AZ 85710-4450**.

I, Christine Roy, being duly sworn, depose and say that on the **22nd day of November, 2005** at **10:00 pm**, I:

**Individually Served** the within named person with a true copy of this **Fraud Conspiracy/Obstruction of Justice**, with the date and hour endorsed thereon by me, pursuant to State Statutes.

I swear that I am a Certified Process Server over the age of 18 with no interest in the above action, and am in good standing in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 28th day of November, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

*[Notary Seal: SHELLY FIORI, Notary Public - Arizona, Pima County, My Comm. Expires Oct 18, 2006]*

_____
Christine Roy
A.C.P.S.

ACMS PROCESS SERVICE
P.O. Box 26604
Tucson, AZ  85726-6604
(520) 629-0303

Our Job Serial Number: 2005001698

Service Fee: $60.00

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j