# **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## Pima District of Arizona

Case Number: 05CV690-TUC-CRP

Plaintiff:
**CATHY VITARELLI**

vs.

Defendant:
**JAMIE BAUGHER (individual and official capacity)**

**JANET LAKE (individual and official capacity)**

For:
The Judicial Reform Investigation Group
2851 N. Highway 66
Suite 17
Catoosa, OK 74015-2341

Received by ACMS PROCESS SERVICE to be served on **JANET LAKE at 3212 W. Las Palmas Drive, Tucson AZ 85741**.

I, Bernd Schulz, being duly sworn, depose and say that on the **23rd day of November, 2005** at **6:15 pm**, I:

**Substitute Served** by leaving a true copy of this **Fraud Conspiracy/Obstruction of Justice**, with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein to wit: Christopher Hamilton Darling, son of defendant Janet Lake, at their abode and informing said person of the contents thereof.

I swear that I am a Certified Process Server over the age of 18 with no interest in the above action, and am in good standing in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 28th day of November, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

SHELLY FIORI
Notary Public - Arizona
Pima County
My Comm. Expires Oct 18, 2006

Bernd Schulz
ACPS

**ACMS PROCESS SERVICE**
P.O. Box 26604
Tucson, AZ 85726-6604
(520) 629-0303

Our Job Serial Number: 2005001697

Service Fee: $95.00

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j