IN THE UNITED STATES DISTRICT COURT
TUCSON DIVISION OF ARIZONA

Cathy Vitarelli,
    Plaintiff,

v.

Jamie Baugher,
    Defendant,
(individual and official capacity)

Janet Lake,
    Defendant,
(individual and official capacity)

Case No. 05CV690-TUC-CRP

2006 JAN -3 P 2: 00

CLERK DISTRICT COURT
DISTRICT OF ARIZONA

## MOTION FOR DEFAULT JUDGMENT

COMES NOW, I, Cathy Vitarelli, Pro se and Mother of Jeremiah Bays, sovereign, aggrieved party, and past victim of child stealing from Defendants, Petitions this court to find the Defendant(s) in Default and state as follows:

1. That per docket text states that by 12/12/05, the Defendant in this said case are in Default of there answer.

Reference: Rule 12. Defenses and Objections--When and How Presented--By Pleading or Motion--Motion for Judgment on the Pleadings

**(a) When Presented.**

(1) Unless a different time is prescribed in a statute of the United States, a defendant shall serve an answer

**(A) within 20 days after being served with the summons and complaint,**

Rule 55. Default

**(a) Entry. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.**

**(b) Judgment: Judgment by default may be entered as follows:**

**(1) By the Clerk.**

When the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the

amount due shall enter judgment for that amount and costs against the defendant, if the defendant has been defaulted for failure to appear and is not an infant or incompetent person.

**(2) By the Court.** In all other cases the party entitled to a judgment by default shall apply to the court therefor; but no judgment by default shall be entered against an infant or incompetent person unless represented in the action by a general guardian, committee, conservator, or other such representative who has appeared therein. If the party against whom judgment by default is sought has appeared in the action, the party (or, if appearing by representative, the party's representative) shall be served with written notice of the application for judgment at least 3 days prior to the hearing on such application. If, in order to enable the court to enter judgment or to carry it into effect, it is necessary to take an account or to determine the amount of damages or to establish the truth of any averment by evidence or to make an investigation of any other matter, the court may conduct such hearings or order such references as it deems necessary and proper and shall accord a right of trial by jury to the parties when and as required by any statute of the United States.

## CONCLUSION

WHEREFORE, I, Cathy Vitarelli, DEMAND immediate RELEASE of my son Jeremiah Bays, that was kidnapped and/or taken unlawfully by the Defendant(s), AND DEMAND A JUDGMENT ORDER IN THIS SAID CASE. ACTUAL AND PUNITIVE DAMAGES, FOR FRAUD, CONSPIRACY TO COMMIT FRAUD, TREASON, PERJURY AND OBSTRUCTION OF JUSTICE. MALICIOUS PROSECUTION AND VIOLATION OF PROCEDURAL DUE PROCESS. DEMAND OF $ 2,000,000.00 TWO MILLION DOLLARS. I, Cathy Vitarelli, Plaintiff ALSO REQUEST THIS COURT TO ORDER A FULL FEDERAL INVESTIGATION IN THE DEPARTMENT OF HUMAN SERVICES INTO ALL PARENTAL RIGHTS VIOLATION AND CONSTITUTIONAL RIGHTS. IN ALL PAST STATE COURT ORDERS SO THIS COURT CAN SEE THE MANY ERRORS THAT HAVE BEEN PROMOTED BY SAID DEFENDANTS, OTHERS AND JOHN DOES. ANY OTHER RELIEF THIS COURT FINDS APPROPRIATE INCLUDING ANY FEES, COST IN PROSECUTING THIS CASE.

Respectfully submitted,

Cathy Vitarelli, Pro se
2851 N. Hwy 66, #17
Catoosa, Ok. 74015
407 346 6176

CERTIFICATE OF DELEIVERY

I hereby certify that a true and correct copy of the above and foregoing was U.S. Mailed to Jamie Baugher, at 9040 E. Kirkpatrick Circle, Tucson, AZ. 85740, Defendant on this __30__ day of December 2005, with proper postage prepaid thereon.

*[signature]*

Cathy Vitarelli, Pro se
2851 N. Hwy 66, #17
Catoosa, Ok. 74015
407 346 6176