1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8

9   Cathy Vitarelli,                    )        No. CV 05-00690-TUC-CRP
                                        )
10           Plaintiff,                 )        **ORDER**
                                        )
11  vs.                                 )
                                        )
12                                      )
    Jamie Baugher, et al.,              )
13                                      )
             Defendants.                )
14                                      )
                                        )
15  _____   )

16

17          Plaintiff filed two motions for Default Judgment, one as to each Defendant in the case,

18  on January 03, 2006. (Docket # 4, 5).  Defendants filed a Response to Motion for Default

19  Judgment on January 27, 2006. (Docket #6).

20          Plaintiff cites in support of her motions, Rule 12 of the Federal Rules of Civil

21  Procedure, indicating that a defendant must serve an answer within twenty (20) days of being

22  served with a summons and complaint.  Defendants assert that they were not served with a

23  summons required by Rule 4 of the Federal Rules of Civil Procedure.

24          The Affidavits of Service filed with the Court on November 29, 2005, indicate that

25  Defendants were served with a true copy of the complaint.  However, according to the

26  affidavits no summons was served on either Defendant.   As such,

27  . . . . . .

28  . . . . . .

1      **IT IS HEREBY ORDERED denying** Plaintiff's motions for default judgment as to

2   each Defendant.

3      **IT IS FURTHER ORDERED granting** Defendants until **Friday, February 10,**

4   **2006**, to file an Answer.

5      DATED this 30th day of January, 2006.

6

7   _____

8   **CHARLES R. PYLE**
    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28