1-23-06

To Clerk of Court
ATT: "U.S. District" Federal Cause
RE: # 05-CV-690-TUC-CRP

FILED ___ LODGED
RECEIVED ___ COPY
JAN 26 2006
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Please file a copy (of this paper) w/ case above and give me to Honorable Judge on case, and send me copy back w/ file stamp DATE to me. Thank you.

This is proof of Certified mailing to <u>2 defendants</u> <u>in default</u> & proof I sent to court — which proof of Service (is) (already) (filed) in your court on "motion RE: for default"

Thank you, So much

Cathy Vitarelli

Cathy Vitarelli
c/o 2851 N. Hwy 66
Catoosa, OK 74015
Suite # 17



```
STAPLES #1032
101 W. Vine Street
Kissimmee, FL 34741
(407)944-4405
Attn: Copy & Print Center
```

UNITED STATES
POSTAL SERVICE

***** WELCOME TO *****
HENDERSON MPO
HENDERSON, TX  75654-3544
12/30/05 03:30PM

Store      USPS         Trans    90
Wkstn      sys5005      Cashier  KM4V1Z
Cashier's Name          JOE
Stock Unit Id           CASH04
PO Phone Number         903-657-1481
USPS #                  4822710652

1. Priority Mail                  7.90
   Destination:  85701
   Weight:       2.80 oz.
   Postage Type: PVI
   Total Cost:   7.90
   Base Rate:    3.85
        SERVICES
   Certified Mail                 2.30
   70050390000519199640
   Rtn Recpt (Green Card)         1.75
2. EP 10x13 Env - RP              0.49
3. EP 10x13 Env - RP              0.49
4. First Class                    4.65
   Destination:  85741
   Weight:       1.80 oz.
   Postage Type: PVI
   Total Cost:   4.65
   Base Rate:    0.60
        SERVICES
   Certified Mail                 2.30
   70050390000519199664
   Rtn Recpt (Green Card)         1.75
5. First Class                    4.65
   Destination:  85740
   Weight:       1.80 oz.
   Postage Type: PVI
   Total Cost:   4.65
   Base Rate:    0.60
        SERVICES
   Certified Mail                 2.30
   70050390000519199657
   Rtn Recpt (Green Card)         1.75

Subtotal                         18.18
Total                            18.18

Cash                             20.00
Change Due
   Cash                           1.82

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.

Number of Items Sold: 5          TO US District Court
                                 JANET LAKE
       EFFECTIVE NOV 1 2003      JAMIE Baugher
      NEW WINDOW SERVICE HOURS
     08:00 -04:30 MONDAY -FRIDAY
```

Case # 05-cv-690-TUC-CRP
RE     File Please

RE: motion For Default
proof of Certified mailing

STAPLES #1032
101 W. Vine Street
Kissimmee, FL 34741
(407)944-4405
Attn: Copy & Print Center

**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
       HENDERSON MPO
    HENDERSON, TX  75654-3544
       12/30/05 03:30PM

Store   USPS          Trans     90
Wkstn   sys5005       Cashier   KM4V1Z
Cashier's Name        JOE
Stock Unit Id         CASH04
PO Phone Number       903-657-1481
USPS #                4822710652

1. Priority Mail                  7.90
   Destination:     85701
   Weight:          2.80 oz.
   Postage Type:    PVI
   Total Cost:      7.90
   Base Rate:       3.85
          SERVICES
   Certified Mail                 2.30
     70050390000519199640
   Rtn Recpt (Green Card)         1.75
2. EP 10x13 Env - RP              0.49
3. EP 10x13 Env - RP              0.49
4. First Class                    4.65
   Destination:     85741
   Weight:          1.80 oz.
   Postage Type:    PVI
   Total Cost:      4.65
   Base Rate:       0.60
          SERVICES
   Certified Mail                 2.30
     70050390000519199664
   Rtn Recpt (Green Card)         1.75
5. First Class                    4.65
   Destination:     85740
   Weight:          1.80 oz.
   Postage Type:    PVI
   Total Cost:      4.65
   Base Rate:       0.60
          SERVICES
   Certified Mail                 2.30
     70050390000519199657
   Rtn Recpt (Green Card)         1.75

Subtotal                         18.18
Total                            18.18

Cash                             20.00
Change Due
   Cash                           1.82

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.

Number of Items Sold: 5

     EFFECTIVE NOV 1 2003
    NEW WINDOW SERVICE HOURS
  08:00 -04:30 MONDAY -FRIDAY
```

Copy made @ STAPLES the aft 1/2/06

TO: Honorable D. Judge on case # 05-cv-690-TUC-CRP

TO US District court Janet Lake Jamie Boucher



Please, give (copy) file a and to Honorable Judge THANK YOU! & mail me copy w/ file date stamp

**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
       HENDERSON MPO
   HENDERSON, TX  75654-3544
       12/30/05  03:30PM

Store    USPS         Trans    90
Wkstn    sys5005      Cashier  KM4V1Z
Cashier's Name        JOE
Stock Unit Id         CASH04
PO Phone Number       903-657-1481
USPS #                4822710652

1. Priority Mail                  7.90
   Destination:     85701
   Weight:          2.80 oz.
   Postage Type:    PVI
   Total Cost:      7.90
   Base Rate:       3.85
        SERVICES
   Certified Mail                 2.30
     70050390000519199640
   Rtn Recpt (Green Card)         1.75
2. EP 10x13 Env - RP              0.49
3. EP 10x13 Env - RP              0.49
4. First Class                    4.65
   Destination:     85741
   Weight:          1.80 oz.
   Postage Type:    PVI
   Total Cost:      4.65
   Base Rate:       0.60
        SERVICES
   Certified Mail                 2.30
     70050390000519199664
   Rtn Recpt (Green Card)         1.75
5. First Class                    4.65
   Destination:     85740
   Weight:          1.80 oz.
   Postage Type:    PVI
   Total Cost:      4.65
   Base Rate:       0.60
        SERVICES
   Certified Mail                 2.30
     70050390000519199657
   Rtn Recpt (Green Card)         1.75

Subtotal                         18.18
Total                            18.18

Cash                             20.00
Change Due
   Cash                           1.82

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.

Number of Items Sold: 5

       EFFECTIVE NOV 1 2003
     NEW WINDOW SERVICE HOURS
    08:00 -04:30 MONDAY -FRIDAY
```

STAPLES #1032
101 W. Vine Street
Kissimmee, FL 34741
(407)944-4405
Attn: Copy & Print Center

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 3.85 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.90 |

Postmark: HENDERSON TX 75652, DEC 30 2005

7005 0390 0005 1919 9640

Sent To: Evo A. Deconcini
Street, Apt. No.; or PO Box No.: U.S. Courthouse
City, State, ZIP+4: 405 W. Congress Suite 1500
Tucson AZ

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 0.60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

Postmark: HENDERSON TX 75652, DEC 30 2005

7005 0390 0005 1919 9657

Sent To: Jamie Boucher
Street, Apt. No.; or PO Box No.: 9040 E. Kirkpatrick circle
City, State, ZIP+4: Tucson, AZ 85740

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 0.60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

Postmark: HENDERSON TX 75652, DEC 30 2005

7005 0390 0005 1919 9664

Sent To: JANET LAKE
Street, Apt. No.; or PO Box No.: 3212 W. Las Palma
City, State, ZIP+4: Tucson AZ 85741    Drive

PS Form 3800, June 2002    See Reverse for Instructions

---

*Handwritten notes:*

To US District Court - Janet Lake, Jamie Boucher

05-CV-690-TUC-CRP
Case # — proof of certified mailing of a "motion for default" to defendants